AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARIAH BLACKBURN,<br>*Plaintiff*<br>v.<br>MIKE ASHER,<br>*Defendant* | ) ) ) ) ) )   Civil Action No.   2:21-CV-0310-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's Complaint is DISMISSED with prejudice and with all parties to their own fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

Date:  December 17, 2021                         CLERK OF COURT

                                                SEAN F. McAVOY

                                                *s/ B. Fortenberry*
                                                *(By) Deputy Clerk*
                                                B. Fortenberry